75 Main Street, Suite 1
Manasquan, NJ 08736
(732) 223-3300



549 Summit Avenue
Jersey City, NJ 07306
(201) 222-1511
(By Appointment Only)

# RUBAS LAW OFFICES
## MANASQUAN • JERSEY CITY

February 19, 2020

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 2/19/20
White Plains, NY

The 2/20/20 conference is adjourned to 3/23/20 at 3:00 pm. Time is excluded under Speedy Trial Act in interests of justice until then to allow time for further plea discussions.

VIA ELECTRONIC COURT FILING

Hon. Vincent L. Briccetti, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601-4150

    RE:    United State of America v. Rocco Romeo
           Docket 7:19-cr-00586-VB19-4-569-1

Dear Judge Briccetti:

    This office represents the defendant Rocco Romeo in the above-referenced matter. Please accept this letter as my request to adjourn the Pre-Trial Conference scheduled for tomorrow, February 20, 2020 at 11:00 a.m. for thirty (30) days to allow for further plea negotiations.

    The Government has provided defense counsel with a proposed plea agreement. In furtherance of said plea discussions, defense counsel will be meeting with Assistant United States Attorney Mathew Andrews in the next two weeks to review same.

    Please be advised that pre-trial conferences were previously held on September 4, 2019 and December 12, 2019 in this matter. Mr. Andrews consents to this request to adjourn for thirty (30) days.

    I thank the Court for its kind consideration.

                                        Respectfully yours,

                                        *Michael P. Rubas*

                                        MICHAEL P. RUBAS

MPR/sc
cc:    Mathew Andrews, A.U.S.A. (via ECF)

1 | P a g e

Michael Peter Rubas
*** Certified by the New Jersey Supreme Court as a Criminal Trial Attorney ***
Michael@RubasLawOffices.com  I  www.RubasLawOffices.com