

75 Main Street, Suite 1
Manasquan, NJ 08736
(732) 223-3300

549 Summit Avenue
Jersey City, NJ 07306
(201) 222-1511
(By Appointment Only)

# RUBAS LAW OFFICES
### MANASQUAN • JERSEY CITY

June 1, 2020

Hon. Vincent L. Briccetti, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601-4150

   **RE:**  **United States of America v. Rocco Romeo**
       **Docket 7:19-cr-00586-VB**

Dear Judge Briccetti:

  This office represents the defendant Rocco Romeo in the above-referenced matter. This matter is scheduled for a Pre-Trial Conference today, June 1, 2020 at 3:45 p.m. Please accept this letter as notice that Mr. Romeo waives his right to be physically present and consents to appear by telephone.

  I apologize for the late timing of this letter; however, I failed to receive an electronic mailing notification for the entry of the Court's May 11, 2020 Order. Rather, I was notified by Your Honor's Courtroom Deputy Donna Hilbert on Friday afternoon. I am attempting to rectify the issue with the Helpdesk to avoid future errors.

  I thank the Court for its kind consideration.

               Respectfully yours,

               *Michael P. Rubas*

               MICHAEL P. RUBAS

MPR/sc
cc:  Mathew Andrews, A.U.S.A. (via Email)

1 | Page

**Michael Peter Rubas**
*\* Certified by the New Jersey Supreme Court as a Criminal Trial Attorney \**
Michael@RubasLawOffices.com   I   www.RubasLawOffices.com