UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                                                 :
v.                                               :
                                                 :        **ORDER**
                                                 :
ROCCO ROMEO,                                     :
                    Defendant.                   :        19 CR 586 (VB)
                                                 :
                                                 :
                                                 :
-------------------------------------------------------------x

      The Court held a status conference by telephone today, attended by counsel for all parties and defendant Rocco Romeo.

      Accordingly, it is hereby ORDERED:

      The next conference in this matter is scheduled for July 31, 2020, at 2:30 p.m.  Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at:  https://www.nysd.uscourts.gov/ sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.  Completing the questionnaire online and ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers if you do not meet the requirements.

Dated:  July 13, 2020
      White Plains, NY

                      SO ORDERED:

                      _____
                      Vincent L. Briccetti
                      United States District Judge