

75 Main Street, Suite 1　　　　　　　　　　　　　　　　　　　　　　　　　549 Summit Avenue
Manasquan, NJ 08736　　　　　　　　　　　　　　　　　　　　　　　　　　Jersey City, NJ 07306
(732) 223-3300　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(201) 222-1511
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(By Appointment Only)

# RUBAS LAW OFFICES
## MANASQUAN • JERSEY CITY

November 18, 2020

> *[Handwritten endorsement:]* By order dated 11/13/20, the Court rescheduled sentencing to 1/6/21 at 11:00 a.m. Defendant's submission due 12/23/20, Government's submission due 12/30/20. No further extensions. So Ordered: VB, USDJ 11/18/20

Hon. Vincent L. Briccetti, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601-4150

RE:　**United States of America v. Rocco Romeo
　　　Docket 7:19-cr-00586-VB**

Dear Judge Briccetti:

　　　This office represents the defendant Rocco Romeo in the above-referenced matter. This matter is scheduled for Sentencing on Friday, November 20, 2020 at 3:15 p.m.

　　　This letter follows up on my prior letter, dated November 2, 2020, to the Court in which I respectfully requested an adjournment of Mr. Romeo's his sentencing so that counsel can complete the marshaling of sentencing materials to be submitted on Mr. Romeo's behalf. In speaking with Assistant United States Attorney Mathew Andrews, we would now respectfully request that Mr. Romeo sentencing be scheduled for early January 2021.

　　　I thank the Court for its kind consideration.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　　　　*Michael P. Rubas*

　　　　　　　　　　　　　　　　　　　　　　　MICHAEL P. RUBAS

MPR/sc
cc:　Mathew Andrews, A.U.S.A. (via Email)

Michael Peter Rubas
*\* Certified by the New Jersey Supreme Court as a Criminal Trial Attorney \**
Michael@RubasLawOffices.com  I  www.RubasLawOffices.com