UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ROCCO ROMEO,
                         Defendant.
--------------------------------------------------------------x

**ORDER**

19 CR 586 (VB)

Copies Mailed/Faxed 2/17/23
Chambers of Vincent L. Briccetti

    On February 16, 2023, defendant filed an application (Doc. #71) to enjoin the government from forfeiting a specific asset pursuant to a Preliminary Order of Forfeiture as to Substitute Assets, dated December 2, 2022 (Doc. #70).

    By **March 3, 2023**, the government shall file a response to defendant's application.

    Chambers will mail a copy of this Order to defendant at the following address:

Rocco Romeo
3 Paul Court
Washingtonville, NY 10992

Dated: February 17, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge