UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :      **ORDER**
v.                                        :
                                          :      19 CR 586 (VB)
ROCCO ROMEO,                              :
                        Defendant.        :
--------------------------------------------------------x

      On March 3, 2023, the government filed a memorandum of law in opposition to defendant's pro se application to enjoin the government from forfeiting a specific asset pursuant to a Preliminary Order of Forfeiture as to Substitute Assets.  There is no indication in the government's memorandum or otherwise on the docket that the government served a copy of its memorandum on defendant.

      Accordingly, by March 16, 2023, (1) if the government did not serve a copy of its memorandum (by mail, email, or otherwise) on defendant, it shall do so and shall file proof of service of same on the docket, or (2) if the government did serve a copy of its memorandum on defendant, it shall file proof service of same on the docket.

      Either way, if defendant wishes to file a reply to the government's opposition, he shall do so by no later than March 30, 2023.

      Chambers will mail a copy of this Order to defendant at the following address:

Rocco Romeo
3 Paul Court
Washingtonville, NY 10992

Dated: March 14, 2023
       White Plains, NY

                                                   SO ORDERED:

                                                   */s/ Vincent L. Briccetti*
                                                   Vincent L. Briccetti
                                                   United States District Judge