UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
v.                                       :           **ORDER**
                                         :
ROCCO ROMEO,                             :           S1 19 CR 586 (VB)
                        Defendant.       :
--------------------------------------------------------------x

      On July 20, 2023, the government advised the Court by letter that it has no objection to the Court's waiting until final resolution of defendant's appeal, currently pending before the Second Circuit, to issue the Final Order of Forfeiture requested by the government.

      Accordingly, the Court will defer ruling on the government's request for a Final Order of Forfeiture until final resolution of the appeal.

      The government is directed to advise the Court by letter of the outcome of the appeal within ten days thereof, or submit a letter regarding the status of the appeal by December 15, 2023, whichever comes first.

      Chambers will mail a copy of this Order to defendant at the following address:

Rocco Romeo
3 Paul Court
Washingtonville, NY 10992

Dated: August 9, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge