UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                       Judgment Creditor,

v.

ROCCO ROMEO,
                       Judgment Debtor.

19 CR 00586-01 (VB)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2024

WHEREAS, on February 4, 2021, the United States of America obtained a judgment against the judgment debtor, ROCCO ROMEO, for restitution in the amount of $855,629.76, for which the outstanding balance is $851,229.76, and the parties have agreed to voluntary automatic deduction of 20% per pay period from ROCCO ROMEO's compensation to pay the restitution judgment,

IT IS HEREBY STIPULATED AND AGREED that ROCCO ROMEO's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 20% of ROCCO ROMEO's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for ROCCO ROMEO, 19 CR 00586-01.

Dated: May 31, 2024
        New York, New York

*R Romeo*
_____
ROCCO ROMEO
*Judgment Debtor*

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE
6/7/2024

DAMIAN WILLIAMS
United States Attorney

*John Gura*
_____
JOHN B. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

Copies Mailed/Faxed   CLM 6/7/2024
Chambers of Vincent L. Briccetti