USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :      **ORDER**
v.                                  :
                                    :      19 CR 586 (VB)
ROCCO ROMEO,                        :
                        Defendant.  :
--------------------------------------------------------------x

By letters dated July 20, 2023 (Doc. #86),[1] and December 18, 2023 (Doc. #92), the government proposed that the Court wait until after the final resolution of defendant's appeal to issue the proposed Final Order of Forfeiture (Doc. #83-1) in this case.

On May 5, 2025, the Second Circuit issued its opinion affirming the district court's order, and on June 27, 2025, the Circuit issued its mandate. (Doc. #104).

Accordingly, by no later than July 15, 2025, the government shall submit a letter as to whether the Final Order of Forfeiture should now be issued.

Chambers will mail a copy of this Order to defendant at the following address:

Rocco Romeo
3 Paul Court
Washingtonville, NY 10992

Dated: July 1, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] That letter actually bears the date July 20, "2022," which is clearly a typo because the letter was filed on July 20, 2023.