MEMORANDUM ENDORSEMENT

United States v. Rocco Romeo
19 CR 586 (VB)

     In the attached letter the government requests a change in the payee for restitution.

     For the reasons set forth in the letter, the request is GRANTED.

     The payee listed in Schedule A to the Order of Restitution dated February 4, 2021 (Doc. #62) is changed to:

Travelers Casualty and Surety Company of America
c/o Dreifuss Bonacci & Parker, PC
26 Columbia Turnpike
Florham Park, NJ  07932

Dated: January 8, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/26

Copies _____
Chambers of Vincent L. Briccetti



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 6, 2026

By ECF
The Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Rocco Romeo*, No. 19-CR-586 (VB)

Dear Judge Briccetti:

      The Government respectfully writes regarding the correspondence dated October 16, 2025, that the Court received from Travelers Casualty and Surety Company of America ("Travelers"), which the Court redirected to this Office (Dkt. 108). This letter provides an accounting of the funds collected to date and respectfully requests a change in the payee for restitution as needed for the Clerk of Court to disburse the funds on deposit.

      To date, the defendant has made voluntary nominal payments totaling $6,100 toward restitution. Additionally, pursuant to 18 U.S.C. §§ 3613(a) (f), 3664(m), the Government garnished $114,219.27 from the defendant's nonexempt Individual Retirement Account at Hudson Valley Credit Union, which has been paid to the Clerk of the Court toward restitution. *See* Final Order of Garnishment (Dkt. 103). The Government also recovered $524,657.49 via forfeiture of the defendant's interest in Atlas Certified, LLC as substitute assets pursuant to 21 U.S.C. § 853(p). *See* Final Order of Forfeiture (Dkt. 107). The United States Marshals Service paid the net forfeiture proceeds to the Clerk of Court upon the Attorney General's approval to restore those funds to restitution in accordance with 21 U.S.C. § 853(i)(1). *See* Clerk's docket entry dated December 16, 2025. Therefore, the Clerk of Court holds $644,976.76 on deposit pending disbursement as restitution.

      Travelers has compensated the victim listed in the Restitution Order (Dkt. 62) for the full loss amount imposed in the Judgment (Dkt. 61) in this case. Accordingly, the Government seeks to amend the payee for the disbursement of restitution to allow for reimbursement to Travelers as the subrogee of the victim, pursuant to Title 18, United States Code, Section 3664(j)(1), which provides:

> If a victim has received compensation from insurance or any other source with respect to a loss, the court shall order that restitution be paid to the person who provided or is obligated to provide the compensation, but the restitution order shall provide that all restitution of victims required

>     by the order be paid to the victims before any restitution is
>     paid to such a provider of compensation.

18 U.S.C. § 3664(j)(1). The Government is not seeking to alter the defendant's liability to pay the total amount of restitution, but only to amend the payee for disbursements of restitution payments as needed to account for the compensation that Travelers provided to the victim of the defendant's offense of conviction.

Therefore, the Government respectfully requests that the Court order that the restitution collected in this case be disbursed to the following payee:

>     Travelers Casualty and Surety Company of America
>     c/o Dreifuss Bonacci & Parker, PC
>     26 Columbia Turnpike
>     Florham Park, New Jersey 07932

>                         Very truly yours,
>
>                         JAY CLAYTON
>                         United States Attorney
>
>                         By: /s/ Melissa A. Childs
>                             MELISSA A. CHILDS
>                             Assistant United States Attorney
>                             Telephone: (212) 637-2711